Patrick J. Richard
Nossaman Guthner Knox Elliott, LLP
50 California Street
34th Floor
San Francisco, CA 94111
415/398-3600

**E-filed 5/12/05**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Federal Deposit Insurance Corporation | CASE NUMBER |
|---|---|
| v.    Plaintiff(s), | C 04-01743-JF |
| Jeremy Lent, et al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. and Order |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety. (with prejudice)

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] **ONLY** Defendant(s) _____

is/are dismissed from (*check one*)   [X] Complaint,   [ ] Counterclaim,   [ ] Cross-claim,   [ ] Third-Party Claim brought by the Federal Deposit Insurance Corporation .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

May 3, 2005
Date

*Signature of Attorney/Party*
Patrick J. Richard

NOTE: F.R.Civ.P. 41(a): *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

F.R.Civ.P. 41(c): *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

It is so ordered 5/12/05

Judge Jeremy Fogel /s/electronic signature authorized
United States District Court

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is Nossaman, Guthner, Knox & Elliott, LLP 50 California Street, 34th Floor.

On **May 4, 2005**, I served the foregoing document(s) described as

**NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.**

on interested parties in this action by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

(X)      **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

( )      **(By Personal Service)** I delivered by hand on the interested parties in this action by placing true and correct copies thereof in envelope addressed to the office of the addressee(s) as above indicated.

( )      **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P 1013(e), to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

( )      **(By Federal Express)** I served a true and correct copy by Federal Express or other overnight delivery service, for delivery on the next business day. A true and correct copy of the Federal Express or other overnight delivery service airbill is attached hereto.

(X)      **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 4, 2005**, at San Francisco, California.

*Elizabeth Miller*
Elizabeth Miller

## SERVICE LIST
## FOR CASE NO. C-04-1743 JF

| Party | | Attorney |
|---|---|---|
| **John V. Hashman**<br>*Added: 11/05/2001*<br>*(Defendant)* | represented by | **Vince Chhabria**<br>**John Tighe**<br>Covington & Burling<br>1 Front St<br>San Francisco, CA 94111<br>(415)591-6000<br>(415)591-6091<br>vchhabria@cov.com<br>jtighe@cov.com |
| **Jeremy R. Lent**<br>*Added: 11/05/2001*<br>*(Defendant)* | represented by | **Shirli Fabbri Weiss**<br>Paul A. Reynolds<br>DLA Piper Rudnick Gray Cary US LLP<br>4365 Executive Drive, Suite 1100<br>San Diego, CA  92131-2133<br>(858) 638-6850<br>(858) 677-1401 (fax) |
| **Bruce Rigione**<br>*Added: 08/06/2002*<br>*(Defendant)* | represented by | **Bruce A. Ericson**<br>Pillsbury Winthrop LLP<br>50 Fremont St.<br>San Francisco, CA 94105-2228<br>415-983-1560<br>415-983-1200 (fax)<br>bericson@pillsburywinthrop.com<br>*Assigned: 09/05/2003*<br>*ATTORNEY TO BE NOTICED* |
| **Douglas Wachtel** | represented by | **Stuart L. Gasner Esq.**<br>Keker & Van Nest<br>710 Sansome St.<br>San Francisco, CA 94111-1704<br>(415) 676-2209<br>(415) 397-7188 (fax)<br>slg@kvn.com |

| | | |
|---|---|---|
| **Yinzi Cai** | represented by | **Margaret Wu, Esq**.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>(415) 268-7000<br>(415) 268-7522 (fax)<br>mwu@mofo.com |
| **Robert Linderman** | represented by | **Robert Sacks, Esq.**<br>Sullivan & Cromwell<br>1888 Century Park East<br>Los Angeles, CA  90067-1725<br>(310) 712-6640<br>(310) 712-8800 (fax)<br>sacksr@sullcrom.com |